FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 3 0 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 13, 2010, Pacquiao/Clottey Broadcast,

                         Plaintiff,

-against-

AZZA A. SHAFIK, individually, and as officer, director, shareholder, and/or principal of MARINA HOUSE CAFÉ, INC. d/b/a MARINA CAFÉ, and MARINA HOUSE CAFÉ, INC. d/b/a MARINA CAFÉ,

                         Defendants.

------------------------------------------------------------------X

10-CV-3809 (ARR)(JMA)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 11, 2011 from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiff's motion for default. Defendants shall be jointly and severally liable in the amount of $10,487.50, consisting of $8,500 in statutory damages and $1,987.50 in attorney's fees and costs, as detailed in Judge Azrack's Report and Recommendation. Counsel for plaintiff is directed to serve a copy of this order on defendants within three days of receipt and file proof of such service on ECF.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: March 28, 2011
       Brooklyn, New York